UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:05-cr-0212-01 (M/F) |
| | ) | |
| FRANKIE LAMONT HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Frankie Lamont Howard's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of one year and one day in the custody of the Attorney General or his designee. Upon Mr. Howard's release from confinement, he will not be subject to supervised release.

SO ORDERED this 05/03/2011

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brad Shepard,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Jeffrey A. Baldwin,
151 North Delaware Street, #1950
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal